IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 23-cr-87 |
| v. | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | Parading, Demonstrating, or |
| | : | Picketing in a Capitol Building |
| **JESSE WATSON,** | : | |
| **Defendant.** | : | |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jesse Watson, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1.     The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.     On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3.     On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting

in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

**Jesse Watson's Participation in the January 6, 2021, Capitol Riot**

8. The defendant, Jesse Watson ("Watson") is a 33-year-old resident of the state of Washington. Watson was charged with his co-defendant, Tucker Weston, on October 18, 2022.

9. Watson and Weston flew from the Seattle-Tacoma International Airport to the Dulles International Airport departing on January 4, 2021 and arriving on January 5, 2021. Watson and Weston returned on January 7, 2021, flying from the Baltimore/Washington International Airport to the Seattle-Tacoma International Airport.

10. Watson and Weston stayed at the ARC The Hotel in Washington, D.C. from January 5, 2021 until January 7, 2021.

11. On the morning of January 6, 2021, Watson attended the "Stop the Steal" rally at the Ellipse. After attending the rally, Watson marched with other protestors towards the grounds of the U.S. Capitol.



**Image 1**

12.     Watson entered the Restricted Area sometime after 1:00 PM and positioned himself near the front of rioters confronting the police line formed by both Metropolitan Police and USCP officers. Watson stayed within the Restricted Area before entering the Capitol Building for approximately 2 hours.



**Image 2**

13.     At approximately 3:09 PM, Watson entered the Capitol through the Senate Wing Door.  As he entered, Watson held a cellular telephone in a manner consistent with filming or taking photographs.  Once inside of the Capitol, Watson turned, and the screen of his cellular telephone was illuminated as if he was filming a video.



**Image 3**

14.     After entering the Senate Wing Door, Watson turned right (south) and headed toward the Crypt, still with his cell phone raised, recording.



**Image 4**



**Image 5**

15. At approximately 3:12 PM, Watson entered the Crypt with a cell phone in his hand, raised above his head. Watson then walked toward the center of the Crypt before walking around the pillars and headed into the center of the Crypt toward a group of people.



**Image 6**



**Image 7**

16.     Watson then turned and walked towards an individual with a blue banner or flag with the text "TRUMP" written on it. Watson interacted with this individual and attempted to help hang the banner on the pillar. When law enforcement approached the two men, Watson placed the banner on a piece of black tape on the pillar before walking away.



**Image 8**



**Image 9**

17. Watson then walked along the corridor from the Crypt towards the Senate Wing Door. As Watson walked towards the Senate Wing Door, he had his cellular telephone raised above his head in a manner consistent with filming a video. At approximately 3:21 PM, Watson exited the U.S. Capitol through a broken window next to the Senate Wing Door.



**Image 10**

18.     Watson acknowledges he had reason to know at the time he entered the U.S. Capitol that the building was restricted, and that he did not have permission to enter the building and acknowledges that he paraded, demonstrated, and picketed while inside the U.S. Capitol Building.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Kyle M. McWaters*
        Kyle M. McWaters
        Assistant United States Attorney
        D.C. Bar No. 241625
        601 D Street NW
        Washington, DC 20003
        (202) 252-6983
        kyle.mcwaters@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Jesse Watson, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 4/4/2023

Jesse Watson
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 4/5/23

Gregory B. English
Attorney for Defendant