# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 23-87 (RBW) |
| ) | |
| JESSE WATSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Defendant's Motion to Substitute Counsel and Order to Withdraw Former Counsel, ECF No. 44, and for good cause shown, it is hereby

**ORDERED** that the Defendant's Motion to Substitute Counsel and Order to Withdraw Former Counsel, ECF No. 44, is **GRANTED**. It is further

**ORDERED** that the defendant's Motion for Order to Withdraw Former Counsel, ECF No. 45, is **GRANTED**. It is further

**ORDERED** that Gregory Bruce English's appearance of counsel of record for the defendant is **TERMINATED**. It is further

**ORDERED** that Nicole Ann Cubbage shall be **SUBSTITUTED** as counsel of record for the defendant in this case.

**SO ORDERED** this 5th day of July, 2023.

_____
REGGIE B. WALTON
United States District Judge