IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NO. 23-CR-87 (RBW) |
| | ) | |
| JESSE WATSON, | ) | |
| DEFENDANT | ) | |

## NOTICE OF APPEARANCE

COMES NOW Nicole Cubbage and enters her appearance as court-appointed counsel for Mr. Jesse Watson in the above captioned case.

Respectfully Submitted,

NICOLE CUBBAGE

By:

\_\_\_/s/_____
Nicole Cubbage
DC Bar No. 999203
712 H. Street N.E., Unit 570
Washington, D.C.  20002
703-209-4546
cubbagelaw@gmail.com

Certificate of Service
I certify that a copy of the forgoing was filed electronically for all parties of record on this 6th day of July, 2023.
\_\_\_\_/s/_____
Nicole Cubbage
Attorney for Mr. Watson

1