# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 23-87 (RBW) |
| ) | |
| JESSE WATSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the reentry progress hearing held on October 27, 2023, via videoconference, it is hereby

**ORDERED** that, on January 30, 2024, at 12:00 p.m., the parties shall appear before the Court for a reentry progress hearing via videoconference.

**SO ORDERED** this 27th day of October, 2023.

REGGIE B. WALTON
United States District Judge